THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> RECOLOGY SONOMA MARIN, a California corporation, <br> Defendant. | NO.   2:24-cv-00109-JLR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and John Patrick Dowdle of Littler Mendelson, P.C., attorneys for Defendant, Recology Sonoma Marin, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this   10   day of July, 2024.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | LITTLER MENDELSON, P.C. |
| _/s/ Russell J Reid_ | _/s/ J.P. Dowdle_ |
| Russell J. Reid, WSBA #2560 | J.P.. Dowdle, WSBA # 55672 |
| 100 West Harrison Street | One Union Square |
| North Tower, Suite 300 | 600 University Street, Suite 3200 |
| Seattle WA 98119 | Seattle WA 98101-3122 |
| (206) 285-0464 | (206) 623-3300 |
| Email:  rjr@rmbllaw.com | Email:  jdowdle@littler.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 11th day of July, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, BALLEW,LEAHY & HOLLAND, L.L.P.

By: _____/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Email:  rjr@rmbllaw.com
Attorney for Plaintiff